## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN FINGER, ) | |
| ) | |
| Plaintiff, ) | Case No.1:21-cv-00946-CFC |
| ) | |
| v. ) | |
| ) | |
| CONSTELLATION ) | |
| PHARMACEUTICALS, INC., SCOTT N. ) | |
| BRAUNSTEIN, MARK A. GOLDSMITH, ) | |
| JIGAR RAYTHATHA, RICHARD S. ) | JURY TRIAL DEMANDED |
| LEVY, ELIZABETH G. TRÈHU, JAMES ) | |
| E. AUDIA, and STEVEN L. HOERTER, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 22, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*